UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EUGENE SCOTT LAUNIER,

    Plaintiff,

v.                                    Case No: 6:24-cv-2028-JSS-UAM

UNIVERSITY OF CENTRAL
FLORIDA BOARD OF TRUSTEES,

    Defendant.
_____/

**ORDER**

Defendant, the University of Central Florida Board of Trustees, moves to dismiss the second amended complaint with prejudice, arguing that Plaintiff's claim is barred by the Eleventh Amendment. (*See* Dkt. 21.) Plaintiff, Eugene Scott Launier, has responded that he "does not object to the granting of Defendant's motion so long as he is given . . . one final attempt to state a viable claim." (Dkt. 23 at 3.) "The policy of the federal rules is to permit liberal amendment to facilitate determination of claims on the merits and to prevent litigation from becoming a technical exercise in the fine points of pleading." *Dussouy v. Gulf Coast Inv. Corp.*, 660 F.2d 594, 598 (5th Cir. 1981). The court will accordingly grant Defendant's motion in part and deny it in part, granting Plaintiff leave to amend his complaint. *See* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave [to amend a pleading before trial] when justice so

requires."); *U.S. for Use & Benefit of Krupp Steel Prods., Inc. v. Aetna Ins. Co.*, 831 F.2d 978, 983 (11th Cir. 1987) ("This Circuit has accepted a policy of liberal amendment.").

Defendant previously moved to dismiss Plaintiff's amended complaint. (Dkt. 7; *see* Dkt. 1.) This motion is due to be denied as moot.

Accordingly:

1. Defendant's motion (Dkt. 21) is **GRANTED in part and DENIED in part**. Plaintiff's second amended complaint (Dkt. 20) is **DISMISSED without prejudice**. The motion is otherwise **DENIED**.

2. Plaintiff may file a third amended complaint on or before May 9, 2025.

3. Defendant's motion to dismiss Plaintiff's amended complaint (Dkt. 7) is **DENIED as moot**.

**ORDERED** in Orlando, Florida, on May 1, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record