UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EUGENE SCOTT LAUNIER,

        Plaintiff,                      CASE NO: 6:24-CV-2028-JJS-EJK

v.

ALEXANDER CARTWRIGHT, in his official capacity as the President of the University of Central Florida; ALEX MARTINS, in his official capacity as Board Chair of the UCF Board of Trustees; BILL CHRISTY, in his official capacity as Board Vice Chair of the UCF Board of Trustees; TIFFANY ALTIZER, in her official capacity as a Board Member of the UCF Board of Trustees; LUCI BLANCO, in her official capacity as a Board Member of the UCF Board of Trustees; RICK CARDENAS, in his official capacity as a Board Member of the UCF Board of Trustees; JEFF CONDELLO, in his official capacity as a Board Member of the UCF Board of Trustees; JOHN EVANS, in his official capacity as a Board Member of the UCF Board of Trustees; MARK FILBURN, in his official capacity as a Board Member of the UCF Board of Trustees; DANNY GAEKWAD, in his official capacity as a Board Member of the UCF Board of Trustees; STEPHEN KING, in his official capacity as a Board Member of the UCF Board of Trustees; TONY MASSEY, in his official capacity as a Board Member of the UCF Board of Trustees; THOMAS McNAMARA, in his official capacity as a Board Member of the UCF Board of Trustees; and, JOHN MIKLOS, in his official capacity as a Board Member of the UCF Board of Trustees,

        Defendants.
_____/

**NOTICE OF WAIVER OF SERVICE OF SUMMONS**

Defendants, ALEXANDER CARTWRIGHT, in his official capacity as the President of the University of Central Florida and ALEX MARTINS, BILL CHRISTY, TIFFANY ALTIZER, LUCI BLANCO, RICK CARDENAS, JEFF CONDELLO, JOHN EVANS, MARK FILBURN, DANNY GAEKWAD, STEPHEN KING, TONY MASSEY, THOMAS McNAMARA, and JOHN MIKLOS, all in their current or past official capacities with the UCF Board of Trustees (collectively referred to herein as the "Defendants"), by and through the undersigned counsel file their Notice of Waiver of Service of Summons and state:

1. Defendants agree to save the expense of serving summonses and complaints in this case.

2. In waiving service, Defendants retain all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waive any objections to the absence of a summons or of service.

3. Defendants will file and serve an answer or a motion under Rule 12 within 60 days from the date of this Notice and understand that any individual failing to do so may be subject to a default judgment being entered against that individual.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of July 2025, a copy of the foregoing was electronically filed with the Clerk of Court for the US District Court for the Middle District of Florida using the CM/ECF system, which will send a notice

of electronic filing to: **RICHARD W. SMITH, ESQUIRE**, NeJame Law, P.A., 111 N. Orange Avenue, Ste. 1525, Orlando, FL 32801; richard@nejamelaw.com.

                               **/s/ *Mark Van Valkenburgh***
MARK VAN VALKENBURGH, ESQUIRE
Florida Bar No. 65773
JEFFREY S. WEISS, ESQUIRE
Florida Bar No. 750565
GARGANESE, WEISS, D'AGRESTA &
SALZMAN, P.A
111 N. Orange Avenue, Suite 2000
Orlando, Florida 32801
Tel: 407-425-9566/Fax: 407-425-9596

<u>Primary emails</u>:
jweiss@orlandolaw.net
mvanvalkenburgh@orlandolaw.net

<u>Secondary emails</u>:
sjones@orlandolaw.net
dguzman@orlandolaw.net
aminish@orlandolaw.net

*Attorneys for all Defendants*