UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EUGENE SCOTT LAUNIER,
    Plaintiff,

v.      Case No: 6:24-cv-2028-JSS-NWH

UNIVERSITY OF CENTRAL
FLORIDA BOARD OF TRUSTEES,
LLC, et al.,
    Defendants.
_____/

## ORDER TO SHOW CAUSE

Upon review, the parties advised the court that the mediation conference would take place on January 28, 2025 (Dkt. 19). However, the parties have failed to comply with the court's Case Management and Scheduling Order (Dkt. 18), which requires a report on the mediation conference's outcome.

Therefore, it is **ORDERED** that the parties shall **SHOW CAUSE** and file a response explaining why they failed to comply with said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

**ORDERED** in Orlando, Florida, on August 13, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:
Counsel of Record